UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESSE HINKLE,**

    **Plaintiff,**

v.                                        Case No: 6:16-cv-1453-Orl-41DCI

**DOLLAR TREE STORES, INC.,**

    **Defendant.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss and Compel Arbitration (Doc. 6). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 13), which recommends granting the motion in part. After an independent *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Defendant's Motion to Dismiss and Compel Arbitration (Doc. 6) is **GRANTED in part** and **DENIED in part**. Defendant's motion is granted insofar as it requests that this Court compel arbitration and stay this case. It is denied in all other respects.

3. The parties are directed to proceed with arbitration, and they shall file a status report every ninety days from the date of this Order.

4. This case is **STAYED**.

5. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 13, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record